1  JEFFREY E. FAUCETTE (No. 193066)
   SHANNON SCOTT (No. 233386)
2  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone: 415/434-1600
5  Facsimile: 415/217-5910

6  KIRSTIN L. STOLL-DeBELL (*pro hac vice*)
   MERCHANT & GOULD
7  1950 Independence Plaza
   1050 Seventeenth Street
8  Denver, Colorado 80265
   Telephone: 303/357-1670
9  Facsimile: 303/357-1671

10 Attorneys for Plaintiff
   ALTIRA GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/4/05*

| | |
|---|---|
| ALTIRA GROUP LLC, a Colorado Limited Liability Company, | No. C 05 01847 -RMW |
| Plaintiff, | Action filed: May 4, 2005 |
| v. | *E-filing* |
| ALTATERRA PARTNERS, LLC, a Delaware limited liability company; DFJ ALTATERRA CLEAN ENERGY, LLC, a Delaware limited liability company; DFJ ALTATERRA CLEAN ENERGY FUND, LP, a California limited partnership; and DFJ ALTATERRA PARTNERS, LP, a Delaware limited partnership, | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

ORDER OF DISMISSAL WITH PREJUDICE

1   THE COURT HEREBY FINDS that Plaintiff Altira Group, LLC has advised the Court
2   of a settlement in this matter.
3   IT IS HEREBY ORDERED that this action be dismissed with prejudice; provided,
4   however, that if Plaintiff shall certify to this Court, within ninety days, with proof of service
5   of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
6   not been delivered over, the foregoing Order shall stand vacated, and this cause shall
7   forthwith be restored to the calendar.
8   **IT IS SO ORDERED.**
9   DATED: August 4, 2005

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

-1-
ORDER OF DISMISSAL WITH PREJUDICE